UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

-v-

Prince Gunnes Defendant(s).

20-CR-213 (MKV(__))

-----------------------------------------------------------------X

Defendant __Prince Gunnes__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

✓ Felony
~~Misdemeanor~~ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

__Prince Gunnes__
Print Defendant's Name

__David Burton__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

___3/36/21___
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge