USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:20-cr-213 (MKV) |
| PRINCE GAINES, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

On a request by Defendant Prince Gaines, the sentencing scheduled for July 21, 2021 at 10:00AM is adjourned to August 17, 2021 at 2:00PM. The sentencing will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

In light of the adjourned conference, Defendant's sentencing submission now is due August 3, 2021. The Government's sentencing submission is due August 10, 2021.

**SO ORDERED.**

Date: July 8, 2021
New York, NY

MARY KAY VYSKOCIL
**United States District Judge**