```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                                1:20-cr-00213 (MKV)

        -against-                                            **ORDER**

PRINCE GAINES,

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    On a request by Defendant Prince Gaines, the sentencing scheduled for August 17, 2021 at 10:00AM is adjourned to October 14, 2021 at 9:00AM.

    The sentencing will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.

**SO ORDERED.**

**Date: August 12, 2021**

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge