USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,               :

            -v-                            :        20-cr-213-4 (MKV)

PRINCE GAINES,                         :        <u>ORDER</u>
                     Defendant   :

------------------------------------------X

MARY KAY VYSKOCIL, District Judge:

At the request of counsel for the defendant and with the consent of the Government, it is hereby

ORDERED that the sentencing scheduled for **OCTOBER 14th, 2021** is adjourned to **NOVEMBER 10TH** at **10am.**

The proceeding will be held in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

SO ORDERED:

Dated:   New York, New York
           **OCTOBER 13, 2021**

_____
MARY KAY VYSKOCIL
United States District Judge