UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/21
```

UNITED STATES OF AMERICA,

        -against-

PRINCE GAINES,

        Defendant.

1:20-cr-00213-4 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

    On a request by Defendant Prince Gaines, the sentencing scheduled for November 10, 2021 at 10:00AM is adjourned to December 15, 2021 at 10:00AM.

    The sentencing will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.

**SO ORDERED.**

**Date October 21, 2021**

**New York, NY**

MARY KAY VYSKOCIL
United States District Judge