**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2021
```

December 7, 2021

<u>Via E-mail</u>

Hon. Mary Kay Vyskocil, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Ozuna (Prince Gaines)
              20-Cr-213 (MKV)

Dear Judge Vyskocil:

    Mr. Gaines is scheduled to be sentenced on December 15, 2021 at 10:00 AM. I regret to advise you that Mr. Gaines' mother passed away this past Friday, December 3. As a result of her passing, Mr. Gaines has asked me to make two requests of the Court. First, he is asking for an adjournment of sentencing: he does not feel he will be able to speak to the Court on his own behalf at this time. A date in mid to late January, if convenient for the court, would be enough time for Mr. Gaines to regain his composure. The Government has no objection to the requested adjournment.

    Second, he and his family have asked if he can attend the viewing for his mother on December 13, from 9:30 to 1:30 in the Bronx. I am asking that Mr. Gaines be released on a temporary bail, the conditions of which can be set by this Court. the government does object to the temporary bail request.

    Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSA Jamie Bagliebter (via e-mail)

---

The Court extends its sincere condolences to Mr. Gaines. The sentencing scheduled for December 15, 2021 is hereby adjourned *sine die*. By separate order the Court will set a new date mutually convenient to both Parties for some time in mid to late January. By December 9, 2021 at 3:00pm, Mr. Gaines shall file a supplemental letter providing the legal authority for temporary release, and explain in greater detail what relief he is seeking (*i.e.*, the dates of the release, proposed conditions, who he will stay with, etc.). The letter shall also include any assurances that Mr. Gaines could provide as to how he would behave on release. SO ORDERED.

Date: 12/8/2021
New York, New York

Mary Kay Vyskocil
United States District Judge