USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PRINCE GAINES,

                Defendant.

1:20-cr-213 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendant Prince Gaines' letter motion requesting temporary release. [ECF No. 240]. The Government is directed to file a submission setting forth its position by December 9, 2021 at 4:00pm.

**SO ORDERED.**

Date: **December 8, 2021**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**