UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/29/21_____
```

UNITED STATES OF AMERICA,                           1:20-cr-00213-4 (MKV)

     -against-                                         **ORDER**

PRINCE GAINES

      Defendant.

MARY KAY VYSKOCIL, United States District Judge

  ORDER as to Prince Gaines.  Sentencing for this defendant is scheduled for January 19th, 2022 at 2pm.

  The proceeding will take place in the Daniel Patrick Monyihan Courthouse, 500 Pearl Street, New York, 10007 in Courtroom 18C.

**SO ORDERED.**
**Date: December 29, 2021**

MARY KAY VYSKOCIL
United States District Judge